158 A.3d 581

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. WILLIAM MEYER, DEFENDANT–PETITIONER.

January 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005643–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 581

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. MATTHEW J. WALTERS, DEFENDANT–
RESPONDENT.

January 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000203–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.